# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

**ORIGINAL**

05    655

TO: _Linwood Wyatt_ SBI#: _167137_

FROM:   Stacy Shane, Support Services Secretary

RE:    **6 Months Account Statement**

DATE: _June 27, 2005_

**FILED**
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _December 1, 2004_ to _May 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 8.89 |
| Jan | 8.92 |
| Feb | 12.95 |
| March | 12.44 |
| April | 22.17 |
| May | 24.65 |

Average daily balances/6 months: _15.00_

Attachments
CC: File

_Stacy Shane_
6/27/05

_Brian D Engrem_
Notary

# Individual Statement

Date Printed: 6/27/2005  
Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00167137 | Wyatt | Norwood | J | | $0.00 |

**Current Location:** S1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 12/1/2004 | $45.29 | $0.00 | $0.00 | $45.29 | 38542 | | | |
| Canteen | 12/7/2004 | ($45.13) | $0.00 | $0.00 | $0.16 | 41035 | | PI 10/24-10/23 | |

Ending Mth Balance: $0.16

# Individual Statement

## For Month of January 2005

Date Printed: 6/27/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.16 |
|---|---|---|---|---|---|---|
| 00167137 | Wyatt | Norwood | J | | | |
| Current Location: | S1 | | | | | |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/3/2005 | $55.36 | $0.00 | $0.00 | $55.52 | 50912 | | | |
| Mail | 1/3/2005 | $20.00 | $0.00 | $0.00 | $75.52 | 51498 | 0368158203 | PI-11/24-12/23 | T. NEILL |
| Canteen | 1/5/2005 | ($55.50) | $0.00 | $0.00 | $20.02 | 52766 | | | |
| Canteen | 1/11/2005 | ($19.66) | $0.00 | $0.00 | $0.36 | 55211 | | | |
| Canteen | 1/25/2005 | ($0.35) | $0.00 | $0.00 | $0.01 | 60460 | | | |

Ending Mth Balance: $0.01

# Individual Statement

Date Printed: 6/27/2005

## For Month of February 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| 00167137 | Wyatt | Norwood | J | | | |
| Current Location: | S1 | | | | | |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2005 | $45.26 | $0.00 | $0.00 | $45.27 | 63020 | | | |
| Canteen | 2/8/2005 | ($39.87) | $0.00 | $0.00 | $5.40 | 66185 | | | |
| Canteen | 2/16/2005 | ($5.21) | $0.00 | $0.00 | $0.19 | 69686 | | Pl 12/24-1/23 | |

Ending Mth Balance: $0.19

# Individual Statement

Date Printed: 6/27/2005                                   Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.19 |
|---|---|---|---|---|---|---|
| 00167137 | Wyatt | Norwood | J | | | |
| Current Location: | S1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2005 | $53.28 | $0.00 | $0.00 | $53.47 | 75205 | | PRISON INDUSTRIES | |
| Canteen | 3/8/2005 | ($51.87) | $0.00 | $0.00 | $1.60 | 78442 | | | |
| Canteen | 3/15/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | 80992 | | | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00167137 | Wyatt | Norwood | J | | | |
| Current Location: | S1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 4/1/2005 | $60.40 | $0.00 | $0.00 | $60.40 | 88389 | | | |
| Canteen | 4/5/2005 | ($40.97) | $0.00 | $0.00 | $19.43 | 90055 | | P I 2/24-3/23 | |
| Canteen | 4/19/2005 | ($5.17) | $0.00 | $0.00 | $14.26 | 95892 | | | |
| Canteen | 4/26/2005 | ($3.94) | $0.00 | $0.00 | $10.32 | 98363 | | | |

Ending Mth Balance: $10.32

# Individual Statement

## For Month of May 2005

Date Printed: 6/27/2005                                           Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $10.32 |
|---|---|---|---|---|---|---|
| 00167137 | Wyatt | Norwood | J | | | |
| Current Location: | S1 | | | | | |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $43.41 | $0.00 | $0.00 | $53.73 | 101050 | | PRISON INDUSTRIES | |
| Canteen | 5/3/2005 | ($7.48) | $0.00 | $0.00 | $46.25 | 101963 | | | |
| Canteen | 5/10/2005 | ($15.88) | $0.00 | $0.00 | $30.37 | 104943 | | | |
| Canteen | 5/17/2005 | ($15.30) | $0.00 | $0.00 | $15.07 | 108034 | | | |
| Canteen | 5/24/2005 | ($7.78) | $0.00 | $0.00 | $7.29 | 110660 | | | |

Ending Mth Balance: $7.29