

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Norwood Wyatt        #167137
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Name of Plaintiff)        (Inmate Number)

Delaware Correctional Center
1181 Paddock Rd., Smyrna, DE 19977
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Complete Address with zip code)

(2)_____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) First Correctional Medical
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

(2) Sitta Gombeh Ali, M.D.
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

(3)_____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05    655

_____
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

•X• Jury Trial Requested

FILED

SEP - 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    ☒ Yes    ・・No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   ・・Yes    ・・No

C.    If your answer to "B" is <u>Yes</u>:

    1. What steps did you take?  Medical Grievances and letter to Warden

    2. What was the result?    Unresolved

D.    If your answer to "B" is <u>No</u>, explain why not: _____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant:    First Correctional Medical

Employed as  Medical Provider    at  Delaware Correctional Center

Mailing address with zip code: 245 McKee Rd., Dover, DE 19904

   Main Office: 12795 N. Wildlife Ave., P.O. Box 69370, Tuscon, AZ
                                                           85737-0015

(2) Name of second defendant:  Sitta Gombeh Ali

Employed as    Doctor    at  Delaware Correctional Center

Mailing address with zip code:  1181 Paddock Rd., Smyrna, DE 19977

(3) Name of third defendant:    N/A

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.   See attached statement on chronological listing of

     Norwood Wyatt's Medical Condition.

2.

3.

## V.   RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.   Have Medical at DCC schedule my surgery and be given $300K

     Compensatory and $300K Punitive Damages for deliberate indif-

     ference towards my medical needs; plus any legal expenses

     incurred.

2. _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _28TH_ day of _August_, 2 _005_.

_Norwood J Wyatt_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



I/M Norwood Wyatt
SBI# 167137      UNIT .I.L.1.7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850

U.S.M.S.
X-RAY

Clerk

U.S. District Court

Lockbox 18

844 N. King Street

Wilmington, DE

19801