A CHRONOLOGICAL LISTING OF NORWOOD WYATT'S MEDICAL CONDITION

JULY 24, 2004 - AUGUST 12, 2004:

    Unable to urinate. Filed medical department slip. Was sent to medical department by Sgt. Cain. High blood level in urine with alot of discomfort. Brenda did a urine test strip that showed high blood level and high infection level, as well as high PH level. Brenda set me up with an emergency fill-in spot to see Claret at 8:00 a.m. the following day. I also informed Brenda, I put in a medical slip earlier that day.

AUGUST 13, 2004

    Sent to medical department. Was seen by Claret at 9:17 a.m. She said that I needed to be cathederized since I had not urinated since the day before. I was not cathederized until 12:55 p.m. Afterward, I was given a 15 days supply of Bactrin-Septra 800mg.

AUGUST 29, 2004

    As I was walking to the medical department to pick up prescribed lotions for my skin condition, I met Medical Director Terry Hastings, who was very concerned about my situation. As I explained it to her, she told me to come with her inside the department, as she would get Dr. Ali to see me immediately. Dr. Ali informed me she was going to rectally examine my prostate. Afterward, Dr. Ali stated that she noticed no abnormality with my prostate, but she would send me for outside testing.

SEPTEMBER 10, 2004

    Was sent to medical department for X-rays to be taken of my mid-section.

SEPTEMBER 14, 2004

    Transported by Correctional Officers Mitchell and Hastings for outside testing. Was taken to Mid-Del Imaging in Dover. An IV was inserted in right arm; various x-rays taken of mid-section.

SEPTEMBER 24, 2004

    Was excused to leave work early, due to pain and discomfort, by Dale Venrick, my Supervisor. I put in a medical slip for pain and blood in urine.

A CHRONOLOGICAL LISTING OF NORWOOD WYATT'S MEDICAL CONDITION

SEPTEMBER 28, 2004

    On medical list to see Claret at 9:00 a.m., but Ihuoma Chucks put me down to see Dr. Trevedi, who informed me the x-ray results from September 10, 2004, showed a stone in the bladder. He said he would recommend to Dr. Ali that I be seen by a urologist. I was given 15 days supply of Bactrin-Septra 800mg.

OCTOBER 15-27, 2004

    Put in a medical slip because I was unable to urinate. I was on the medical list to see Ihuoma at 1:00 p.m. I informed her that 12 days before I was unable to urinate, but I was feeling fair this day. I did have flow problems and I was concerned as to what the medical department was going to do for me. She ensured me I would be seen by an urologist.

OCTOBER 29, 2004

    Was transported by Correction Officers Carr and Hastings to Urology Associates of Southern Delaware, P.A., 3 Sussex Avenue, Milford, Delaware. I was examined by Dr. Donald D. Sun, M.D. He examined my prostate, finding no abnormality. He cathederized me because of urine retention. He informed me that I had a bladder stone 2cm in size and recommended surgery. He also informed me that if this surgery was not done in a timely manor, my condition could lead to a more serious condition. So, I needed surgery as soon as possible. Dr. Sun also recommended that the prison medical staff cathederize me twice daily and that they had to schedule the surgery. Before leaving his office, Dr. Sun reemphazised that a prolonged period without that surgery could lead to a more serious condition.

JANUARY 10, 2005

    Medical grievance filed, stating I had a urinary obstruction, difficulty urinating, a burn during urination and a constant urgency to urinate (which had been on going since July 2004).

JANUARY 14, 2005

    Was transported by Correction Officers Carr and Hastings to Urology Associates of Southern Delaware. Examined by Dr. Sun who performed a cystoscopy exam of prostate and bladder. Bladder stone confirmed and he also diagnosed a high neck bladder, which he stated the procedure for for addressing that could not be done in his office. The procedure is called a TURP/TUIP. It is same-day surgery, done in a local hospital and again he told me

A CHRONOLOGICAL LISTING OF NORWOOD WYATT'S MEDICAL CONDITION

JANUARY 14, 2005 (continued)

    the prison medical department had to schedule the surgery. Dr. Sun also provided me a small book, explaining the procedure and he explained the risk of the surgery to me, which I agreed to have the surgery to remove bladder stone and TURP/TUIP at the same time. He also perscribed Bactrin two times a day for three days to fight any infection because the cystoscopy procedure he had just performed. Dr. Sun also recommended prison medical department cathederize me twice daily and I in turn, informed Dr. Sun that I was in enough pain and discomfort already. I also informed him that I was able to relieve my bladder by lying on my side and urinating in a bottle and if there was anything he could do to push the issue of surgery with the prison medical staff. His reply was, "Sorry, but not really. It is entirely up to them." However, Dr. Sun did show sincere concern for my pain and suffering.

FEBRUARY 15, 2005

    On medical list to see Claret for skin condition. I asked her about antibiotics prescribed by Dr. Sun. She knew nothing of it and there wasn't anything in my medical file indicating such prescription. Claret said it's probably being reviewed by Dr. Ali.

MARCH 29, 2005

    Filed medical grievance about medical problem.

APRIL 8, 2005

    Received inmate copy of grievance.

APRIL 18, 2005

    While waiting for lab/blood work, I asked Correction Officer Burton if she would ask the Medical Director Mrs. Amy Munson if she would please speak with me, and she did. I asked Mrs. Munson if she knew anything in reference to my surgery and she replied in a condescending manor, "No, but I'll chech your file."

APRIL 25, 2005

    On medical list to see Claret about skin condition. I asked her again about antibiotics prescribed in January and about my surgery. Again, she claimed she didn't know anything about either, but that she would check on both.

A CHRONOLOGICAL LISTING OF NORWOOD WYATT'S MEDICAL CONDITION

MAY 11, 2005

    On medical list for grievance hearing at 1:00 p.m. Hearing took place in Gena Katzos office. Debbie looked through my medical file and said she could not find anything pertaining to my visit with Dr. Sun in January, but that it did have in there my visit in October. Gena also looked through my medical file and she too, found nothing about my January visit to Dr. Sun. However, Gena assured me that she would get Valerie to get Dr. Sun's report faxed to her on May 12, 2005 and placed in my file. She also said she would set me up with an appointment on May 20th to see Dr. Mancuso, so the doctor could review Dr. Sun's report. As the Assistant Medical Director, Gena asked me to sign off on the grievance but I refused because my medical problem was still unresolved. She told me that by the time this grievance reached level 2 hearing, my problem would be resolved. I had to relieve myself in a certain way that was not normal and on a daily basis I experienced a great deal of pain and discomfort, I told her before I left that room.

MAY 20, 2005

    On medical list to see Dr. Mancuso at 8:00 a.m. When I got to see her, she was under the impression I was there for my chronic care skin condition. I informed her that Gena Katzos set up the appointment due to my May 11th grievance hearing, whereat, I was told Dr. Mancuso would have Dr. Sun's reports from my January visit with him, for her to review. However, the reports were not in my medical file as promised. Dr. Mancuso said she could not make any recommendations without the reports. I asked her to have Gena Katzos or Amy Munson call Dr. Sun's off to see if he could fax the reports that day, as I was in a lot of pain and discomfort and was severely in need of treatment, specifically surgery. Approximately 30 minutes latter, Amy Munson handed Dr. Mancuso the reports, but

A CHRONOLOGICAL LISTING OF NORWOOD WYATT'S MEDICAL CONDITION

MAY 20, 2005 (continued)

    After she reviewed the report, she said she was going to recommend me for surgery and that she would prescribe antibiotics for me that I was suppose to get back in January. Dr. Mancuso also told me that my urine test was out of wack due to blood and infection.

JUNE 1, 2005

    Was on medication pick up list. Received antibiotics given to me by Debbie _____. I was given only six pills, enough for three days which pills were originally prescribed for me five months earlier to fight off the possibility of infection.

JUNE 8, 2005

    Wrote letter to Thomas Carroll, Warden, making him aware of the situation I have cited in the above paragraphs.

                                                   Respectfully submitted,

                                                   NORWOOD WYATT

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C.

INMATE'S NAME: Norwood Wyatt

HOUSING UNIT: S.1.C.17

DATE SUBMITTED: 1·10·05

SBI#: 167137

CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: July 2004 and on going

TYPE OF MEDICAL PROBLEM:

Bladder Stone (2 cm) in size causing urinary obstruction difficulty urinating, burn during urination constant urgency to urinate

This stone is obviously not able to pass through on its own

7.24.04 — 8.12.04 — 9.24.04 — 10.15.04

GRIEVANT'S SIGNATURE: Norwood Wyatt    DATE: 1-10-05

ACTION REQUESTED BY GRIEVANT: Complete follow up procedure with urologist to remove bladder stone as recomended by said medical proffessional who examined me on 10-29-04 
 a grievance

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C.
INMATE'S NAME: Norwood Wyatt
HOUSING UNIT: S.1.C.17

DATE SUBMITTED: 3-29-05
SBI#: 00167137
CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: July 2004 AND ONGOING

TYPE OF MEDICAL PROBLEM:

BLADDER STONE - CAUSING URINARY OBSTRUCTION DIFFICULTY URINATING DISCOMFORT DURRING URINATING, ON JAN. 14. 2005 WAS SEEN BY UROLOGIST D. SUN M.D. WHO DID A LAPAROSCOPIC EXAM OF BLADDER CONFIRMING BLADDER STONE ALSO HIGH NECK BLADDER STATING ONLY SURGERY WOULD CORRECT MY MEDICAL CONDITIONS AND IT WOULD BE IN AND OUT SAME DAY SURGERY BUT IT COULD NOT BE DONE IN HIS OFFICE IT WOULD BE DONE IN A LOCAL HOSPITAL
I HAVE BEEN SUFFERING WITH THIS FOR 8 MONTHS (HOW MUCH LONGER)

GRIEVANT'S SIGNATURE: Norwood Wyatt          DATE: 3-29-05

ACTION REQUESTED BY GRIEVANT: HAVE THE SURGERY DONE IN A TIMELY MANOR BEFORE THIS LEADS TO A MORE SERIOUS CONDITION PUT IN A GRIEVANCE FOR SAME MATTER ON 1-10-05 AND IT WAS NEVER HEARD

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/06/2005

Recieved 4/18/05

Inmate Copy

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WYATT, NORWOOD J | SBI# : 00167137 | Institution : DCC |
| Grievance # : 12952 | Grievance Date : 03/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/29/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg S1, Tier C, Cell 17, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Bladder stone causing urninary obstruction Difficulty urinating Discomfort during urination
On Jan 14, 2005 was seen by urologist D Suh MD who did a lahroscopic exam of bladder confirming bladder stone also diognosing a high neck bladder stating only surgery would correct my medical condicient snad it would be in and out same day surgery but it could not be done in his office it would be done in a local hospital. Ive been suffering with this condition for 8 months how much more

**Remedy Requested :** Have the surgery done in a timely manor before this leads to a mroe serious condition. Put in a grievance for same matter on 1-10-05 and it was never heard

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/06/2005 |
| Investigation Sent : 04/06/2005 | Investigation Sent To : Eller, Anita |
| Grievance Amount : | |

Page 1 of 2

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/06/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WYATT, NORWOOD J | SBI# : 00167137 | Institution : DCC |
| Grievance # : 12952 | Grievance Date : 03/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/29/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg S1, Tier C, Cell 17, Single | |

## INFORMAL RESOLUTION

Investigator Name : Eller, Anita                    Date of Report 04/06/2005

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date              :_____

Witness (Officer)  :_____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/04/2005

RECIEVED 5/25/05

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name | : WYATT, NORWOOD J | SBI# | : 00167137 | Institution | : DCC |
| Grievance # | : 12352 | Grievance Date | : 03/29/2005 | Category | : Individual |
| Status | : Unresolved | Resolution Status : | | Resol. Date | : |
| Grievance Type: | Health Issue (Medical) | Incident Date | : 03/29/2005 | Incident Time | : |
| IGC | : Merson, Lise M | Housing Location : Bldg S1, Tier C, Cell 17, Single | | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Bladder stone causing urninary obstruction Difficulty urinating Discomfort during urination On Jan 14, 2005 was seen by urologist D Suh MD who did a lahroscopic exam of bladder confirming bladder stone also diognosing a high neck bladder stating only surgery would correct my medical condiciont snad it would be in and out same day surgery but it could not be done in his office it would be done in a local hospital. Ive been suffering with this condition for 8 months how much more

**Remedy Requested** : Have the surgery done in a timely manor before this leads to a mroe serious condition. Put in a grievance for same matter on 1-10-05 and it was never heard

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Medical Grievance : | YES | Date Received by Medical Unit : | 04/06/2005 |
| Investigation Sent : | 04/06/2005 | Investigation Sent To | : Eller, Anita |
| Grievance Amount : | | | |

Page 1 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/04/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WYATT, NORWOOD J | SBI# : 00167137 | Institution : DCC |
| Grievance # : 12952 | Grievance Date : 03/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/29/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg S1, Tier C, Cell 17, Single | |

## INFORMAL RESOLUTION

Investigator Name : Eller, Anita                Date of Report 04/06/2005

Investigation Report :

Reason for Referring:

Will get paperwork from urologist visit on 1-14-05. And schedule c̄ Dr Mancuso on 5-20-05.

Offender's Signature: _Refused to sign._

Date : 5-11-05

Witness (Officer) : Debbie [illegible] cpn

Page 2 of 2

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C.

INMATE'S NAME: Norwood Wyatt

HOUSING UNIT: S.I.C.17

DATE SUBMITTED: 7.11.05

SBI#: 167137

CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: July 2004 and ongoing

TYPE OF MEDICAL PROBLEM:

Bladder stone causing urinary obstruction difficulty urinating extreme discomfort during urination was seen by a urologist 10/29/04 and 1/14/05 who recommended surgery had grievance #12952 hearing May.11.2005 Dr Mancuso also recommended surgery I have been dealing with this serious medical problem for 12 months now, daily I deal with a great amount of pain and discomfort when walking Im in pain urinating is a task because of pain put medical grievances in for same problem 1.10.05 and 3.29.05

GRIEVANT'S SIGNATURE: Norwood Wyatt    DATE: 7.11.05

ACTION REQUESTED BY GRIEVANT: To have surgery done in a timely manor before it leads to a more serious medical condition

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.