IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 05-655-KAJ |
| | ) |
| FIRST CORRECTIONAL | ) |
| MEDICAL and DR. SITTA | ) |
| GOMBEH ALI, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 9th day of May, 2006;

The plaintiff Norwood Wyatt ("Wyatt"), an inmate at the Delaware Correctional Center, filed this civil rights action pursuant to 42 U.S.C. § 1983. He appears *pro se*, and was granted leave to proceed *in forma pauperis*.

Now before the Court is Wyatt's motion for appointment of counsel. (D.I. 6.) Wyatt was advised by this Court in its March 17, 2006, order that motions for appointment of counsel filed prior to service would be dismissed without prejudice with leave to refile following service. (D.I. 5.) To date, service has not been effected upon the defendants. Accordingly, the motion is premature.

THEREFORE, IT IS ORDERED that Wyatt's motion for appointment of counsel (D.I. 6) is DENIED without prejudice with leave to refile following service.

_____
UNITED STATES DISTRICT JUDGE