OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2006

TO: Norwood Wyatt
    SBI #167137
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    **RE: U.S. Marshal 285 Forms**
    *Civil Action* **#05-655(KAJ)**

Dear Mr. Wyatt:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                         Sincerely,

/bad                               PETER T. DALLEO
                                    CLERK

cc: The Honorable Kent A. Jordan
    U.S. Marshal
    Pro Se Law Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2006

TO: Norwood Wyatt
SBI #167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civil Action #05-655(KAJ)*

Dear Mr. Wyatt:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
U.S. Marshal
Pro Se Law Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

May 16, 2006

TO: Norwood Wyatt  
    SBI #167137  
    Delaware Correctional Center  
    1181 Paddock Road  
    Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**  
*Civil Action #05-655(KAJ)*

Dear Mr. Wyatt:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad          PETER T. DALLEO  
                 CLERK

cc: The Honorable Kent A. Jordan  
    U.S. Marshal  
    Pro Se Law Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2006

TO: Norwood Wyatt
SBI #167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civil Action #05-655(KAJ)*

Dear Mr. Wyatt:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Kent A. Jordan
    U.S. Marshal
    Pro Se Law Clerk