| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>NORWOOD WYATT | COURT CASE NUMBER<br>Civil Action No. 05-655-KAJ |
| DEFENDANT<br>FIRST CORRECTIONAL MEDICAL and DR. SITTA GOMBEH ALI | TYPE OF PROCESS<br>COMPLAINT |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. SITTA GOMBEH ALI (Previously employed at Delaware Correctional Center)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
UNKNOWN, SEE SPECIAL INSTRUCTIONS BELOW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NORWOOD WYATT
167137, S-1
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Dr. Sitta Gombeh Ali may be served through her attorney
STEVEN F. MONES, P.A. at:

824 Market Street, 4th Floor
Wilmington, DE 19899

Signature of Attorney or other Originator requesting service on behalf of:
NORWOOD WYATT  *Norwood Wyatt*
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 05/12/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 5-18-06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 5/31/06

REMARKS: Ret. Unexecuted - Returned by Postal Service insufficient address for S. Mones.

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)