IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORWOOD WYATT** | ) | |
| | ) | C.A. No. 05-655-KAJ |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL and** | ) | |
| **DR. SITTA GOMBEH ALI** | ) | |
| | ) | |
| **Defendants,** | ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for defendant First Correctional Medical in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

July 17, 2006

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **NORWOOD WYATT**   ) | |
| ) | C.A. No. 05-655-KAJ |
| ) | |
| ) | JURY OF 12 DEMANDED |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | |
| ) | |
| **FIRST CORRECTIONAL MEDICAL and**   ) | |
| **DR. SITTA GOMBEH ALI**   ) | |
| ) | |
| **Defendants,**   ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 17th day of July, 2006, copies of the attached *Entry of Appearance* were served upon the following:

**Via U.S. Mail**
**Norwood Wyatt**
**SBI# 167137**
**Delaware Correctional Center**
**1181 Paddock Road**
**Smyrna, DE 19977**

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Dated: July 17, 2006