# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 18, 2006

Norwood Wyatt
SBI #167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dana Spring Monzo, Esq.
McCullough & McKenty, P.A.
1225 N. King St. - #1100
Wilmington, DE  19801

Re:  Norwood Wyatt v. First Correctional Medical, et al.
     Civil Action No. 05-655-KAJ

Dear Mr. Wyatt and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court