UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

NORWOOD WYATT )

V. ) Ca. No. 05-655-KAJ

FIRST CORR. MEDICAL and )

DR. SITA GOMBEH ALI )



FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REPLY TO DEFENDANT'S MOTION FOR DISMISSAL

Defendant's claims of denial are misplaced. A suit brought under 42 USC § 1983 is the proper venue for the plaintiff's claims.

Plaintiff has stated a claim with regards to a violation of firmly established Constitutional rights, in particular, the 8th Amendment right to be free from cruel and unusual punishment. The plaintiff avers that tyhere are querstions of fact regarding the amount of pain and suffering the plaintiff endured due to defendant's negligence and wanton indifference.

Although plaintiff's claims may not be couched in formal legalese, the plaintiff is pro se, and thus is entitled to have his pleadings read with a degree of liberty not normally associated with pleadings filed by an attorney. Furthermore, plaintiff is moving this Court for the appointment of counsel.

Plaintiff will also demonstrate that he has exhausted all his administrative remedies, even going beyond the remedies proscribed by statute and regulation.

The plaintiff has alleged medical harm sufficient to establish deliberate indifference to his serious medical needs, pursuant to Estelle v. Gamble, 97 S.Ct. 285 (1976).

Defendant's claim that plaintiff is required to file an affidavit of merit, pursuant to 18 Del.C. § 6853, is also misplaced, whereby, subsection 6853 is only applicable to suit brought in the state court.

Plaintiff has stated a claim upon which relief can be granted. Moore v. Bennette, 97 Fed.Appx. 405 (4th Cir.2004).

Wherefore, plaintiff moves this Court to deny defendant's motion to dismiss, and appoint counsel in plaintiff's behalf.

7-25-2006
DATE

Norwood Wyatt
Norwood Wyatt, #167187
Del.Corr.Cntr.
1181 Paddcok Rd.
Smyrna, DE 19977-9679

## Certificate of Service

I, __NORWOOD WYATT__, hereby certify that I have served a true And correct cop(ies) of the attached: __REPLY TO DEFENDANT'S MOTION__ __TO DIMISS__ upon the following parties/person (s):

TO: Dana Spring Monzo, Esq.

P.O. Box 397

Wilmington, DE

19899-0397

TO:

TO:

TO:

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this __25th__ day of __July__, 200__6__

*Norwood Wyatt*

IM Norwood Wyatt
SBI# 162137   UNIT S1-C17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 JUL 2006 PM 1 L

U.S.A
X-RAY

Clerk of the Court
United States District Court
844 N King Street Lock Box 18
Wilmington Delaware
19801