## IN UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORWOOD WYATT | ) | C.A. No. 05-655-KAJ |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL and | ) | |
| DR. SITTA GOMBEH ALI | ) | |
| | ) | |
| Defendants, | ) | |

TO:   Norwood Wyatt
      S.B.I.# 167137
      Delaware Correctional Center
      1181 Paddock Rd.
      Smyrna, DE 19977

Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
℅ Correctional Medical Services
1201 College Park Drive, Ste 101
Dover, DE 19904

Department of Justice
820 N. French Street, 8th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Delaware Correctional Center relating to medical records of Norwood Wyatt at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Tuesday, August 22, 2006 beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
*Attorneys for Defendant First Correctional Medical, LLC*

Dated: August 8, 2006

IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

NORWOOD WYATT                          )
                                       )        C.A. No. 05-655-KAJ
                                       )
                                       )        JURY OF 12 DEMANDED
                    Plaintiff,         )
                                       )
            v.                         )
                                       )
FIRST CORRECTIONAL MEDICAL and         )
DR. SITTA GOMBEH ALI                   )
                                       )
                    Defendants,        )

I, **DANA SPRING MONZO**, hereby certify that on the 8th day of August, 2006,

two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first

class mail, postage pre-paid:


TO:   Norwood Wyatt                        Delaware Correctional Center
      S.B.I.# 167137                       1181 Paddock Rd.
      Delaware Correctional Center         Smyrna, DE 19977
      1181 Paddock Rd.                     % Correctional Medical Services
      Smyrna, DE 19977                     1201 College Park Drive, Ste 101
                                           Dover, DE 19904


      Department of Justice
      820 N. French Street, 8th Floor
      Wilmington, DE 19801


                          McCULLOUGH & McKENTY, P.A.

                          /s/ Dana Spring Monzo
                          Daniel L. McKenty, Del. Bar No. 2689
                          Dana Spring Monzo, Del. Bar No. 4605
                          1225 N. King Street, Suite 1100
                          P.O. Box 397
                          Wilmington, DE 19899-0397
                          (302) 655-6749
                          *Attorneys for Defendant First Correctional Medical, LLC*