Norwood Wyatt, #167137
DCC, 1181 Paddock Rd.
Smyrna, DE  19977-9679

September 18, 2006

Clerk of the Court
U.S. District Court
844 N. King, Lockbox 18
Wilmington, DE  19801

RE: WYATT V. FCM, et al
C.A. No. 05-655-KAJ

Dear Sir or Madam:

At a hearing held on Sept. 12, 2006, before the Magistrate Mary

Pat Thynge, opposing counsel informed the court that she is representing

both defendant parties in this matter.

As yet, defendant Sitta Gombeh Ali has not been served because of

inability to locate. Please notify U.S. Marshals that they can contact

counsel for service information. A completed 285 form is enclosed,

because the former was returned.

Cordially,

Norwood Wyatt

cop(ies): Dana Monzo, Esq.
          file



FILED
OCT - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To scanned



U.S.M.
X-RAY

JIM NORWOOD WYATT

SBI 123132

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON, DE 198

WILMINGTON, DE 19850

SEP 29 2006

OFFICE of the Clerk

United States DISTRICT Court

844 N. King Street LOCKBOX 18

Wilmington Delaware

19801