D.I. #_____

# CIVIL ACTION
# NUMBER: 05cv655 KAJ

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark: OCT 12 2006, RODNEY SQ STA WILMINGTON DE 19801, USPS

7005 1820 0004 3169 6824

Sent To: Dana Spring Monzo
Street, Apt. No. or PO Box No.: McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
City, State, Zip: Wilmington, DE 19899-0397

PS Form 3800, June 2002    See Reverse for Instructions