H:\FILES\DAN\WYATT\Motion to Seal.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **NORWOOD WYATT** ) | |
| ) | C.A. No. 05-655-KAJ |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **FIRST CORRECTIONAL MEDICAL and** ) | |
| **DR. SITTA GOMBEH ALI** ) | |
| ) | |
| Defendants, ) | |

### FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL

First Correctional Medical, hereinafter "FCM", moves the Court for a protective order sealing the address of Sitta Gombeh-Alie, M.D. In support of its motion, FCM offers the following:

1. Pursuant to the October 13, 2006, Order, this Court requested that FCM provide the last known address of the following individual:

> Sitta Gombeh-Alie, M.D.

2. This individual has worked, and may continue to work, in the Delaware Prison System. Due to the sensitive nature of her employment and the population she serves/served, FCM requests, for both the protection and privacy of Dr. Alie, that her personal information be kept under seal.

3.         In order to comply with the October 13, 2006, Court Order, FCM has attached the requested address as Exhibit A and prays that this Court will see that service as to this individual is handled by the Federal Marshal Service without the plaintiff gaining access to the private information of FCM's former employee.

4.         For the above mentioned reasons, FCM requests that this Court seal the address of FCM's former employee.

                                                    **MCCULLOUGH & MCKENTY, P.A.**

                                                    /s/ Dana Spring Monzo
                                                    Daniel L. McKenty, Del. Bar #2689
                                                    Dana Spring Monzo, Del. Bar # 4605
                                                    McCullough & McKenty, P.A.
                                                    1225 N. King Street, Suite 1100
                                                    Wilmington, DE 19899-0397
                                                    (302) 655-6749
                                                    Attorneys for Defendants

Dated: November 3, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORWOOD WYATT** | ) | |
| | ) | **C.A. No. 05-655-KAJ** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL and** | ) | |
| **DR. SITTA GOMBEH ALI** | ) | |
| | ) | |
| **Defendants,** | ) | |

## ORDER

**AND NOW**, the Court having considered First Correctional Medical's Motion to Seal, and it appearing that the motion is brought in good faith,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that the address of First Correctional Medical's former employee be sealed.

_____

J.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORWOOD WYATT | ) | |
| | ) | C.A. No. 05-655-KAJ |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL and | ) | |
| DR. SITTA GOMBEH ALI | ) | |
| | ) | |
| Defendants, | ) | |

**FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL - EXHIBIT A**

CONFIDENTIAL - FILED UNDER SEAL

SUBJECT TO A PROTECTIVE ORDER

           **MCCULLOUGH & MCKENTY, P.A.**

           /s/ Dana Spring Monzo
           Daniel L. McKenty, Del. Bar #2689
           Dana Spring Monzo, Del. Bar # 4605
           McCullough & McKenty, P.A.
           1225 N. King Street, Suite 1100
           Wilmington, DE 19899-0397
           (302) 655-6749
           Attorneys for Defendants

Dated: November 3, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT ) | |
| ) | C.A. No. 05-655-KAJ |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL and ) | |
| DR. SITTA GOMBEH ALI ) | |
| ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, **First Correctional Medical's Motion to Seal** was served, via first class mail, upon the following:

Norwood Wyatt
SBI# 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


MCCULLOUGH & MCKENTY, P.A.

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants

Dated: November 3, 2006