IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORWOOD WYATT,** | ) | |
| | ) | C.A. No. 05-655-*** |
| | ) | JURY OF 12 DEMANDED |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL and** | ) | |
| **DR. SITTA GOMBEH ALI** | ) | |
| | ) | |
| **Defendants,** | ) | |

## STATUS REPORT

Dear Judge Thynge:

    This letter constitutes the Status Report in the above-mentioned case. The parties are currently in discovery. The discovery deadline is February 28, 2007. A brief review of the docket sheet indicates that there is one outstanding motion, D.I.17, Motion to Strike D.I. 15, filed by First Correctional Medical. It does not appear that the plaintiff filed a response to this motion. D.I. 17 was filed on August 1, 2006.

    The scheduling order also dispositive motions as due by May 1, 2007. The Pre-trial Conference in this matter is set for October 16, 2007, at 4:30 p.m. Additionally, a proposed Pre-trial Order is due by September 17, 2007. A three day jury trial is set to commence November 19, 2007, at 9:30 a.m.

    This case is scheduled for mediation. A mediation teleconference is set for August 13, 2007, at 9:00 a.m. before Your Honor. Additionally, a mediation conference is set for September 5, 2007, at 10:00 a.m. before Your Honor. Since the last teleconference in this case on September 12, 2006, it has come to the attention of defense counsel that defendant FCM may no

longer have the ability to continue to pay defense and indemnity costs. At this time, counsel for defendant FCM is still attempting to work out a solution with their client. Should defense counsel continue to represent FCM, a Motion for Summary Judgment will likely be filed. It is unlikely the defendant FCM will be interested in settling this case before summary judgment motions are decided.

     Please do not hesitate to contact me should you have any questions or concerns on anything contained herein. I remain,

                                            Respectfully yours,

                                            /s/ Dana Spring Monzo
                                            Dana Spring Monzo

DSM:ceh
cc:     Mr. Norwood Wyatt