# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Norwood Wyatt                              )
                                           )
    Plaintiff,                         )
                                           )
        v.                             )    Civil Action No. 05-655-KAJ
                                           )
First Correctional medical                 )
                                           )
and Dr. Sitta Gombeh Ali                   )
                                           )
                                           )
    Defendant.                         )

**FILED**

DEC 2 2 2006

DISTRICT COURT
CT OF DELAWARE

### STATUS Report

BD Scanned

Comes now , Norwood Wyatt the plaintiff above , pursuant to the courts , orded

dated 28th day of august 2006 , and submits the encclosed rule 26(a)(1) initial disclosures

exibits (1thru 16) for review , with letter to opposing counsel.

this report is due no later than December 27th , 2006 (item#7, order)

             Submitted this 18 day of December  , 2006

*Norwood Wyatt*

Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Norwood Wyatt #167137
1181 paddock Road
Smyrna , De 19977

December 18, 2006

Dana Monzo, esq
1225 N. King st #1100
Wilmington , De 19801

Mrs. Monzo

Enclosed , will find all discoverable materials in possession of plaintiff.
Please forward to me any materials , documents, reports, affidavits,and any other disclosures
Currently in your possession.

Thank you

*Norwood Wyatt*

Norwood Wyatt

Cop(ies):court file

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Norwood Wyatt | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-655-KAJ |
| | ) | |
| First Correctional medical | ) | |
| | ) | |
| and Dr. Sitta Gombeh Ali | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I Norwood Wyatt , hereby certify that on this date , rule 26(a)(1)materials were furnished to

defendants for review.   via first class mail, upon the following:

   Dana Monzo , esq 1225 N.King st#1100 Wilmington De 19801

Clerk of the Court 844 King st Lockbox 18 Wilmington De 19801

Submitted this 18 day of December  , 2006

*Norwood Wyatt*

Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



I/M Norwood Wyatt
SBI# 171637    UNIT 4-17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court  Lockbox 18
U.S. Dist. Court
844 N. King Street
Wilmington, De
        19801