## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-655-*** (MPT) |
| | : |
| FIRST CORRECTIONAL MEDICAL and | : |
| DR. SITTA GOMBEH ALI, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **4th** day of **January, 2007.**

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Tuesday, January 16, 2007 at 4:30 p.m.  Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE