## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
MARY PAT THYNGE
MAGISTRATE JUDGE

LOCKBOX 8
844 KING STREET, SUITE 6100
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 4, 2007

Kenneth W. Richmond, Esq.
Richmond & Hevenor
2019 Walnut Street
Philadelphia, PA 19103

      Re:    Norwood Wyatt v. First Correctional Medical, et al.
              Civil Action No. 05-655-*** (MPT)

Dear Mr. Richmond:

      It has been represented you are interested in representing the plaintiff, Norwood Wyatt. Your presence is necessary for a teleconference in the above captioned case on January 16, 2007 at 4:30 p.m. A copy of the order scheduling the teleconference is enclosed. During the call, I will discuss with you the need for local Delaware counsel and any potential conflicts.

                                   Very truly yours,

                                     Mary Pat Thynge
                                   U. S. Magistrate Judge

Enclosure

cc:    Norwood Wyatt
       Dana Spring Monzo, Esq.
       Clerk of the Court