IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-655-*** (MPT) |
| | ) |
| FIRST CORRECTIONAL MEDICAL and | ) |
| DR. SITTA GOMBEH ALI, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this **4th** day of **January, 2007**;

For the reasons set forth by the Court during the teleconference on January 3, 2007;

IT IS HEREBY ORDERED that First Correctional Medical's motion to strike (D.I. 17) is GRANTED.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE