Norwood Wyatt # 167137
Delaware correctional center
1181 paddock Road
Smyrna, De 19977

January 12th, 2007

Peter T. DaLLeo /Court Clerk
844N.King Street(Lockbox18)
Wilmington,De 19801



Dear Mr.Dalleo

Can you please forward to me a copy of most current docket sheet.
My case number is C. A. No.05-655-***.

Thanking you for your time in this matter.
Sincerley

Norwood Wyatt

```
I/M Norwood Wyatt
SBI# 167137      UNIT S-C17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

SOUTH JERSEY NJ 080
13 JAN 2007 PM 4 L

U.S.M.S. X-RAY

```
Clerk of the Court
844 N. King Street, Lockbox 18
Wilmington, De  19801
```