IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Norwood Wyatt )
)
    Plaintiff, )
)
    v. )   Civil Action No. 05-655-X
)
First correctional medical and )
Dr. Sitta Gombeh Ali )
)
)
    Defendant. )

FILED
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Clerk of the court and opposing counsel.

enclosed you will find continuation of Discovery exibits (17 thru 33).

exibits were sent in (2) parts due to postage reasons.

exibits ( 1 thru 16 ) dated December 18th , 2006.

Submitted this 29 day of December, 2006.

Norwood Wyatt

Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M Norwood Wyatt
SBI# 167137    UNIT S-1-C-17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the Court
844 N. King St LockBox 18
Wilmington, De
    19801