LAW OFFICES

# McCULLOUGH & McKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA)<br>DANIEL L. MCKENTY (DE)<br>GERALD J. HAGER (DE, PA)<br>DANA SPRING MONZO (DE, PA) | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397 | PENNSYLVANIA OFFICE<br>123 S. Broad STREET<br>Suite 2035<br>Philadelphia, PA 19109 |
| PARALEGALS<br>JUSTINA K. BAYLESS<br>CANDACE E. HOLMES<br>LAURA B. SPENCE<br>MARY S. MOONEY | TEL: (302) 655-6749<br>FAX: (302) 655-6827 | **Writer's Direct Contact**<br>Telephone Extension: 31<br>dmonzo@mccmck.com<br>www.mccmck.com |

January 26, 2007

**VIA HAND DELIVERY AND 1-PAGE FAX TO 573-6445**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

  RE: Norwood Wyatt v. FCM, et al.
     U.S. District Court, C.A. No. 05-655

Dear Judge Thynge:

  On Friday, January 6, 2007, I spoke with plaintiff's counsel, Kenneth Richmond, who conveyed to me his displeasure and umbrage at defendant **First Correctional Medical's Response to Amicus Brief filed by Kenneth W. Richmond Re: Appointment of Counsel**. Defendant FCM was attempting to bring as many facts to bear on its argument to the Court. In no way, did FCM mean to imply that Mr. Richmond made false or misleading representations to the Court in the teleconference of January 19, 2007.

  In an effort to resolve the misunderstanding, FCM respectfully requests that the Court strike paragraphs 14, 15, 16, and 17 of its before-mentioned response.

  I am at the Court's complete disposal for any questions or concerns regarding anything contained herein. I remain,

           Respectfully yours,

           /s/ Daniel L. McKenty
           Daniel L. McKenty

DSM:ceh
H:\FILES\DAN\WYATT\Thynge1 - response to brief.wpd
  cc: Kenneth Richmond (via email attachment and first class mail)
      Norwood Wyatt (via first class mail)