IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Norwood Wyatt ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-655-*** |
| ) | |
| First correctional medical and ) | |
| Dr. Sitta Gombeh Ali ) | |
| ) | |
| ) | |
| Defendant. ) | |

PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS

pursuant to Rule 34, Fed. Civ, plaintiff request that the Defendant, produce the Documents Listed herein before Febuary 28th, 2007 either by providing plaintiff with copies or by making them available to plantiff for inspection and copying.

1. copy of first correctionals proceedure in securing specialist services, and second opinions for inmates.

2. warden Thomas Carrolls response to plaintiffs correspondence, dated June 8, 2005.

3. all correspondence to Warden Thomas Carroll, addressing the needs of plaintiffs bladder surgery.

4. plaintiffs complete medical file.

5. copy of all correspondence, Dr.Suh and Dr. Mancuso, addressing plaintiffs surgery needs, aforemention will include all faxes.

6. correspondence received from any physician addressing plaintiffs medical issues.

7. results of MGC hearing, dealing with Grievences # (12952) and (18773)

8. full names of all Doctors, treating plaintiff from July 24th, 2004 to. September 8th, 2005.

9. any and all policies, directives, or insstructions Govenering sickcall proceedures, in both General population and Segregation.

Submitted this 2 day of Febuary, 2007.

*Norwood Wyatt*
Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Norwood Wyatt | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-655-*** |
| First correctional medical and Dr. Sitta Gombeh Ali | ) ) ) ) ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I Norwood Wyatt, hereby certifiy that on this date, request for production of Documemts, was served upon the following : via first class mail.

Dana Monzo, esq  1225 N. King Street #100  Wilmington, De 19801

Clerk of the Court, 844 N. King Street (LockBox 18) Wilmington, De !9801

Submitted this 2 day of Febuary, 2007.

*Norwood Wyatt*
Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

```
I/M Norwood Wyatt
SBI# 167137    UNIT S-C17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

Postmark: SOUTH JERSEY NJ 080 — 03 FEB 2007 PM 3 T

```
Clerk of the court
844 N. King Street (LockBox18 )
Wilmington, De 19801
```

19801+3519