IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Norwood Wyatt ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-655-*** |
| ) | |
| First correctional medical and ) | |
| Dr. Sitta Gombeh Ali ) | |
| ) | |
| ) | |
| Defendant. ) | |

MOTION TO AMEND COMPLAINT

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

comes now, Norwood Wyatt pro,se plaintiff, pursuant to Rule 15(a) and 19(a) Fed. R. Civ. p., Request leave to file an amended complaint adding partys.

    1. the plaintiff in his original complaint named First correctional medical and Dr. Sitta Gombeh Ali ( Defendants ).

    2. since the filing the original complaint, plaintiff has also determined that ( Defendants ) - Stan Taylor and Joyce Talley, violated plaintiffs eigth amendment Right, to be free from cruel and unusual punishment.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Norwood Wyatt )
)
     Plaintiff, )
)
     v. ) Civil Action No. 05-655-***
)
First correctional medical and )
Dr. Sitta Gombeh Ali )
)
)
     Defendant. )

CERTIFICATE OF SERVICE

I, Norwood Wyatt, hereby certify that on this date, motion to amend was furnished to the following : via first class mail

    Dana Monzo, esq   1225 N.King Street #1100 Wilmington, De 19801

    Clerk of the Court  844 N. King Street (LockBox 18) Wilmington, De 19801

Submitted this 16 day of Febuary, 2007.

*Norwood Wyatt*
Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

policy to practice deliberate indifference towad my serious medical need.

Stan Taylor and Joyce Talley, are amended to reflect the actions of Defendants.

plaintiff Request this Honorable Court to grant leave to freely amend complaint.

Respectfully submitted

Submitted this 16 day of Febuary, 2007.

*Norwood Wyatt*
Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M Norwood Wyatt
SBI# 167137    UNIT S-C17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
15 FEB 2007 PM 4 T

Clerk of the Court
844 N. King Street (LockBox18)

Wilmington, De    19801