LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA) <br> DANIEL L. MCKENTY (DE) <br> GERALD J. HAGER (DE, PA) <br> DANA SPRING MONZO (DE, PA) | 1225 N. KING STREET <br> SUITE 1100 <br> P.O. BOX 397 <br> WILMINGTON, DE 19899-0397 | PENNSYLVANIA OFFICE <br> 123 S. Broad STREET <br> Suite 2035 <br> Philadelphia, PA 19109 |
| PARALEGALS <br>  JUSTINA K. BAYLESS <br>  CANDACE E. HOLMES <br>  LAURA B. SPENCE <br>  MARY S. MOONEY | TEL: (302) 655-6749 <br> FAX: (302) 655-6827 | **Writer's Direct Contact** <br> Telephone Extension: 31 <br> dmonzo@mccmck.com <br> www.mccmck.com |

February 27, 2007

Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

      **RE:**    **Norwood Wyatt v. FCM, et al.**
                **U.S. District Court, C.A. No. 05-655**

Dear Judge Thynge:

      This letter serves to request an extension of the discovery deadline in the above-mentioned case. The discovery deadline is currently scheduled for February 28, 2007. However, there are still pending motions regarding appointment of counsel which have yet to be decided and will ultimately affect the discovery period.

      Please do not hesitate to contact me with any questions or concerns regarding anything contained herein. I remain,

                                  Respectfully yours,

                                  /s/ Dana Spring Monzo
                                  Dana Spring Monzo

DSM:ceh
H:\FILES\DAN\WYATT\Thynge2 - extension.wpd
    cc:    Norwood Wyatt (via first class mail)