IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Norwood Wyatt                                      )
                                                   )
        Plaintiff,                                 )
                                                   )
        v.                                         )   Civil Action No. 05-655-***
                                                   )
First corretional medical and                      )
                                                   )
Dr. Sitta Gombeh Ali                               )
                                                   )
                                                   )
        Defendant.                                 )

FILED FEB 2 6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PLAINTIFFS FIRST SET OF INTERROGITORIES

pursuant to Rule 33, FED. r. civ. p., plaintiff request Defendant Dr. Sitta Gombeh Ali.

awnser the following interrogitories within 30 days of service of these interrogotories.

1. what was your acting Job title as a employee of first correctional medical . ?

2. what was your Job related title and duties as such employee while working at Delaware correctional center . ?

3. are you board certified in any field . ?

4. are you board certified internist . ?

5. are you certified in radioligy- trained to read X-Rays . ?

6. if you (yourself) send a patient for outside medical testing and outside specialist care, would you wonder or question what the ending result would be . ?

7. did you first see plaintiff, on august 29th, 2004 . ?

8. did you refer plaintiff for outside testing on September 14th, 2004 . ?

9. on september 28th, 2004 did Dr. Trevedi recommend to you, plaintiff needed- to be seen by a uroligist, due to X-Ray results.?

10. did you refer plaintiff to outside specialist Dr.Suh for care on the scheduled date of October 29th, 2004.?

11. is the reason plaintiff was sent for outside specialist care, was because between July 24th, 2004 and October 15th, 2004 he constantly complained of urinary retention, and constant pain.?

12. January 14th, 2005 Dr.Suh did examination of plaintiff, making - Recommendation surgery that was needed as soon as possible, did you make reports - coveying the need for plaintiffs surgery.? if so can you produce such reports?

13. in your opinion do you think plaintiff should not have from July, 2004 to - September, 2005 before receiving much needed surgery.?

14. would you say first correctional medical, caused delays in plaintiff receiving much needed surgery causing matters to be worst then needed to be.?

15. were you at some point and time (acting medical director) for - first correctional medical, while working at Delaware correctional center facility.?

Submitted this 23 day of febuary, 2007.

*Norwood Wyatt*
Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Norwood Wyatt ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-655-*** |
| ) | |
| First correctional medical and ) | |
| Dr. Sitta Gombeh Ali ) | |
| ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I Norwood Wyatt hereby certify that on this date, interrogitories were served upon the following : via first class mail

Dana Monzo, esq 1225 N. King Street Wilmington, De 19801

Clerk of the Court 844 N King Street Wilmington, DE 19801

Submitted this 23 day of FEBUARY, 2007.

Norwood Wyatt
Norwood Wyatt # 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M Norwood Wyatt
SBI# 167137    UNIT S - C17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the court
844 N.King Street (LOCKBOX 18 )
Wilmington , De   19801