UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORWOOD WYATT,** | ) | |
| | ) | C.A. No. 05-655-KAJ |
| Plaintiff, | ) | JURY OF 12 DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL and** | ) | |
| **DR. SITTA GOMBEH ALI** | ) | |
| | ) | |
| Defendants, | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, one copy of the attached *First Correctional Medical's First Set of Interrogatories Directed to Plaintiff* was served by mail on the following individual:

Norwood Wyatt
SBI# 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


/s/ Dana Spring Monzo
Dana Spring Monzo, Del Bar No. 4605

Dated: February 28, 2007