H:\FILES\DAN\WYATT\Notice of Deposition.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORWOOD WYATT,** | ) | |
| | ) | **C.A. No. 05-655-KAJ** |
| **Plaintiff,** | ) | **JURY OF 12 DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL and** | ) | |
| **DR. SITTA GOMBEH ALI** | ) | |
| | ) | |
| **Defendants,** | ) | |

### NOTICE OF DEPOSITION

TO:   Norwood Wyatt
      SBI# 167137
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

   **PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of

Norwood Wyatt on Tuesday, June 5, 2007, commencing at 10:00 a.m., at Delaware Correctional

Center, 1181 Paddock Road, Smyrna, DE 19977.

                              **McCULLOUGH & McKENTY, P.A.**


                              /s/ Dana Spring Monzo
                              Daniel L. McKenty, Del. Bar No. 2689
                              Dana Spring Monzo, Del. Bar No. 4605
                              1225 N. King Street, Suite 1100
                              P.O. Box 397
                              Wilmington, DE 19899-0397
                              (302) 655-6749
                              Attorneys for First Correctional Medical

Dated: February 28, 2007
cc:   Mr. Michael Little (via 1-page fax to 302-659-6687)
      Karasch & Associates (via 1-page fax to 610-696-2008)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORWOOD WYATT,** | ) | |
| | ) | C.A. No. 05-655-KAJ |
| Plaintiff, | ) | JURY OF 12 DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL and** | ) | |
| **DR. SITTA GOMBEH ALI** | ) | |
| | ) | |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

I, **DANA SPRING MONZO**, hereby certify that on this date, a copy of the attached *Notice of Deposition,* was served upon the following:

Norwood Wyatt
SBI# 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


/s/ Dana Spring Monzo
Dana Spring Monzo, Del Bar No. 4605

Dated: February 28, 2007