IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-655-*** |
| | ) |
| FIRST CORRECTIONAL MEDICAL | ) |
| and DR. SITTA GOMBEH ALI, | ) |
| | ) |
| Defendants. | ) |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this _7th_ day of _March_____, 2007, the court having determined

that plaintiff is appearing in this matter pro se because plaintiff is unable to afford legal

representation; and having further determined that it is appropriate to encourage legal

representation for plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1.     The Clerk of Court is directed to attempt to refer representation of plaintiff to a

member of the Federal Civil Panel.

2.     The court's Standing Order regarding the establishment of a Federal Civil Panel to

provide legal representation to indigent parties in certain civil litigation is incorporated herein by

reference.

UNITED STATES MAGISTRATE JUDGE