IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-655-*** |
| | ) |
| FIRST CORRECTIONAL MEDICAL | ) |
| and DR. SITTA GOMBEH ALI, | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Ben T. Castle, Esquire, has agreed to represent the plaintiff Norwood Wyatt, as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: 3/7/07

_____
UNITED STATES MAGISTRATE JUDGE