IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Ben T. Castle, Esq.
P. O. Box 391
Wilmington, DE 19899
(302) 571-6618           Attorney for the Plaintiff

| | |
|---|---|
| NORWOOD WYATT,<br><br>    Plaintiff<br><br>v.<br><br>FIRST CORRECTIONAL<br>MEDICAL and DR. SITA<br>GOMBEH-ALI<br><br>    Defendants | Civil Action No. 05-655-***(MPT) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel Ben T. Castle, Esq. moves the admission of Kenneth W. Richmond to represent the Plaintiffs in this matter.

/s/ _____
Ben T. Castle, Esquire (520)
P. O. Box 391
Wilmington, DE 19899

## CERTIFICATION OF COUNSEL TO BE
## ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and the Third Circuit Court of Appeals, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed _____  March 7, 2007
Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, Pa  19103
215-523-9200 Office
215-840-3734 Cell