IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT,<br><br>              Plaintiff<br><br>    v.<br><br>FIRST CORRECTIONAL<br>MEDICAL and DR. SITA<br>GOMBEH-ALI<br><br>              Defendants | Civil Action No. 05-655-***(MPT) |

ORDER

At Wilmington, Delaware, this 7th. day of March, 2007, the Motion of Ben T. Castle, Esquire for the Pro Hac Vice admission of Kenneth William Richmond, Esquire as Counsel for the Plaintiff is hereby GRANTED. The Clerk for the District Court of Delaware is DIRECTED to provide Kenneth W. Richmond access to and a password for the Delaware District Court Electronic Case Management and Case Filing System.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

FILED
MAR 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE