IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-655-*** (MPT) |
| FIRST CORRECTIONAL MEDICAL and DR. SITTA GOMBEH ALI, | : |
| Defendants. | : |

## ORDER

At Wilmington, this **8th** day of **March, 2007**.

In light of the fact that this matter was initially a pro se prisoner matter in which local counsel was appointed and pro hoc vice status has been granted to Kenneth Richmond, Esq., the District Court Fund Standing Order as amended on January 1, 2005 shall apply to this matter, including, under the appropriate circumstances and upon the filing of the proper motion, the consideration by the court for a request for the limited funding of expert witness fees.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE