IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NORWOOD WYATT,
               Plaintiff

v.

First Correctional Medical, Inc. et al.

Civil Action No. 05-655-***(MPT)

O R D E R

AND NOW, this _____day of_____, 2007, after consideration of the Plaintiff's Motion for Leave to Amend his Complaint and Responses thereto, it is hereby ORDERED that leave to amend is GRANTED. Relation back shall pertain only to allegations relating to the Defendant Sitteh Gombeh-Ali, MD and First Correctional Medical Services. As to all other Defendants named in the Amended Complaint, the filing date shall be deemed to be March 19, 2007.

                                                        _____
                                                                    J.