IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT,<br>    Plaintiff<br><br>v.<br><br>First Correctional Medical, Inc. et al. | Civil Action No. 05-655-***(MPT) |

## CERTIFICATION UNDER LOCAL RULE 7.1.1

The undersigned counsel hereby certifies that a good faith attempt to reach agreement on the Plaintiff's Motion to Amend the Complaint was undertaken with Counsel for the Defendant, Dana Spring Monzo, Esq. without accord.

Dated: March 19, 2007    /s/_____
                   Ben T. Castle, Esq.
                   Kenneth W. Richmond, *pro hac*
                   Counsel for the Plaintiff