OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 20, 2007

TO: Norwood Wyatt
SBI #167137
DCC
1181 Paddock Road
Smyrna, DE 19977

RE: **Pro Se Filing of an Amended Complaint**
Wyatt v. First Correctional Medical et al
CA 05-655 KAJ

Dear Mr. Wyatt :

This office received a Pro-Se filing of an Amended Complaint from you on 3/15/07. Please be advised that your case has been referred to the Federal Civil Panel and an attorney has been appointed to represent you. Please direct all future correspondence to your Court-Appointed attorney whose name and address appears below:

**Kenneth W. Richmond**
Richmond & Hevenor, Attorneys at Law
2019 Walnut Street
Philadelphia, PA 19103

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc
cc: Kenneth W. Richmond, Esq.