Norwood Wyatt # 167137
1181 Paddock road
Smyrna , De 19977

April 16 , 2007

Mr. Peter Dalleo
Clerk of Court
844 N . King Street (lock box 18)
Wilmington , De 19801



RE : **Pro se Filling Fee**
Wyatt v. First Correctional Medical et al
CA 05- 655 ***

Dear Mr. Dalleo :

    I was granted leave to proceed in forma pauperis , sighned by Judge – Kent Jordan , Dated 9 / 16 / 2005 .
For which I was assessed the Filling Fee of $250.00 , Currently my receipts reflect that the courts have received from my inmate account a balance of - $240.22 . showing that I still need to Forward a balance of $9.78 to the courts . My reason for writing you , several weeks ago I wrote to the individual who is Responsible for making such deductions from my inmate account to forward to the courts a final payment of the balance of moneys I still was obligated to forward to the courts . My Request to them was obviously disregarded . Could you Please contact Delaware Correctional Center to Inform them to only make a final deduction of only $9.78 for which I owe , and after such Deduction is made no further deductions are to be made .

                   **Thanking you for you time in this matter**

                          **Sincerely**

                          Norwood Wyatt

I/M Norwood Wyatt
SBI# 167137    UNIT S-C-17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
17 APR 2007 PM 1 T

U.S.M.S.
X-RAY

Clerk of the Court
844 N King Street (Lock Box 18)
Wilmington, De    19801