OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 24, 2007

TO:  Norwood Wyatt
     SBI# 167137
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  *Response to Letter Dated 4/16/07; 05-655(\*\*\*)***

Dear Mr. Wyatt:

This office received a letter from you requesting the Clerk's Office contact Delaware Correctional Center to inform them of the final deduction in the amount of $9.78. Enclosed please find two financial ledgers obtained from the Financial Administrator. This ledger indicates the amount already paid to date and the remaining balance in the amount of $9.78. Please forward one of the ledgers to the Business Department at the Delaware Correctional Center.

I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Mary Pat Thynge
enc: Financial Ledger