IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-655-*** |
| FIRST CORRECTIONAL MEDICAL and DR. SITTA GOMBEH ALI, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington, this 25th day of May, 2007;

WHEREAS, defendants have not opposed plaintiff's motion to amend;

IT IS HEREBY ORDERED that plaintiff's motion to amend (D.I. 67) is GRANTED;

IT IS FURTHER ORDERED that plaintiff's pro se motion to amend (D.I. 55) is DENIED as moot.

_____
UNITED STATES MAGISTRATE JUDGE