IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, ) | |
| ) | C.A. No. 05-655-*** |
| Plaintiff, ) | |
| ) | JURY OF 12 DEMANDED |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL and ) | |
| DR. SITTA GOMBEH ALI, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical.


McCULLOUGH & McKENTY, P.A.                McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                    /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*     Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                       Legal Arts Building
1225 King Street, Suite 1100              1225 King Street, Suite 1100
P.O. Box 397                              P.O. Box 397
Wilmington, DE 19899-0397                 Wilmington, DE 19899-0397
302-655-6749                              302-655-6749
Attorney for Defendant                    Attorney for Defendant
First Correctional Medical                First Correctional Medical


Dated: June 13, 2007

IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORWOOD WYATT, | ) | |
| | ) | C.A. No. 05-655-*** |
| Plaintiff, | ) | |
| | ) | JURY OF 12 DEMANDED |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL and | ) | |
| DR. SITTA GOMBEH ALI, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individual:

*Via First Class Mail*
Norwood Wyatt
SBI# 167137
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007