## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

NORWOOD WYATT,                           :
                                         :
                    Plaintiff,           :
                                         :
        v.                               :   Civil Action No. 05-655-***
                                         :
FIRST CORRECTIONAL MEDICAL and           :
DR. SITTA GOMBEH ALI,                    :
                                         :
                    Defendants.          :

## ORDER

At Wilmington, Delaware, this **2nd** day of **August, 2007.**

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Wednesday, August 15, 2007 at 9:00 a.m.  Kenneth W. Richmond, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE