## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-655-*** |
| FIRST CORRECTIONAL MEDICAL and DR. SITTA GOMBEH ALI, | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **3rd** day of **August, 2007.**

IT IS ORDERED that the teleconference scheduled with Judge Thynge for Wednesday, August 15, 2007 at 9:00 a.m. is canceled.

IT IS FURTHER ORDERED that the teleconference set for **Monday, August 13, 2007 at 9:00 a.m. shall go forward as previously scheduled. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE