OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 9, 2007

TO: Delaware Correctional Center
    ATTN: Business Office
    P.O. Box 500
    Smyrna, DE 19977

RE: Return of Check for Inmate Filing Fees,
    Check #20752 Norwood Wyatt SBI# 167137;
    Civ. No. 05-655 KAJ

Enclosed check, #20753 is being returned by the Clerk's Office without action due to over payment. Our records indicate that Mr. Wyatt currently has a balance of only $ 9.78 per the enclosed account balance statement.

We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question, at 302-573-6170.

Sincerely,

/ld

PETER T. DALLEO
CLERK

BY: _____
Larisha Davis
Deputy Clerk

cc: Vacant Judgeship
    Financial Administrator
    Alpha file