## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-655-*** |
| FIRST CORRECTIONAL MEDICAL and DR. SITTA GOMBEH ALI, | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **13th** day of **August, 2007.**

As a result of the teleconference on August 13, 2007, the mediation order of September 12, 2006 is modified so that the submissions, if necessary, are limited to **seven (7) pages, double-spaced, 12 pt. font,** addressing only ¶ 4(a), (e) and (f). A teleconference is scheduled for **Wednesday, August 22, 2007 at 5:15 p.m. to be initiated by defense counsel** for the purpose of discussing the status of the parties' negotiations and the mediation presently set for September 6, 2007.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE