IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-655-*** |
| FIRST CORRECTIONAL MEDICAL and DR. SITTA GOMBEH ALI, | : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **23**rd day of **August, 2007.**

IT IS ORDERED that:

The Orders of September 12, 2006 and August 13, 2007 for mediation is modified as follows:

1. In light of the parties recent discussions, the mediation will attempt a global resolution of three cases presently filed in this court. The above-captioned matter, *Trotman* and *Cox*.

2. Regarding the mediation statements, the parties shall concentrate on paragraph 5 (a), (d), (e) and (f) of said Order.

3. The mediation shall begin at **9:00 a.m.**

All other provisions of said Orders remain in effect.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE