UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORWOOD WYATT,                    : | |
|     Plaintiff,                     : | |
|                                     : | |
|     v.                                   : | C.A.No. 05-655-*** |
|                                       : | |
| FIRST CORRECTIONAL MEDICAL,       : | |
| DR. SITTA GOMBEH-ALI, WARDEN      : | |
| THOMAS CARROLL, CORECTIONAL       : | |
| MEDICAL SERVICES, JOYCE TALLEY    : | |
| COMMISSIONER STANLEY TAYLOR,      : | |
|     Defendants.                     : | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree pursuant to Rule 41 to dismiss this matter with prejudice. Each party shall be responsible for their own costs including attorney fees

| | |
|---|---|
| /s/ Kenneth W. Richmond | /s/ Marc P. Niedzielski |
| Pro Hac Vice | Deputy Attorney General |
| /s/ Jeffrey K. Bartels | Carvel State Office Building – 6th Flr. |
| 401 South Maryland Avenue | 820 North French Street |
| Wilmington, DE 19804 | Wilmington, DE 19801 |
| Attorneys for Plaintiff | Attorney for Carroll, Taylor & Talley |

/s/ Daniel L. McKenty
Heckler & Frabizzio
P.O Box 128
Wilmington, DE 19899
Attorney for First Correctional Medical

DATED: September 21, 2007