CLOSED, MEDIATION, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00655-GMS-MPT
#### Internal Use Only

Wyatt v. First Correctional Medical et al
Assigned to: Judge Gregory M. Sleet
Referred to: Judge Mary Pat Thynge
Demand: $600,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/06/2005
Date Terminated: 09/27/2007
Jury Demand: Both
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Norwood Wyatt**    represented by    **Ben T. Castle**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: bcastle@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth W. Richmond**
Richmond & Hevenor, Attorneys at Law
2019 Walnut Street
Philadelphia, PA 19103
(215) 523-9200
Fax: (215) 523-9214
Email: kennyrichmond@comcast.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**First Correctional Medical**    represented by    **Daniel L. McKenty**
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
Email: dmckenty@hfddel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Spring Monzo**
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
Fax: 302-467-4546
Email: monzod@whiteandwilliams.com
*TERMINATED: 06/13/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Sitta Gombeh Ali**

**Defendant**

**Warden Thomas Carroll**

**Defendant**

**Correctional Medical Services**

**Defendant**

**Joyce Talley**

**Defendant**

**Commissioner Stanley W Taylor, Jr**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Norwood Wyatt. (Attachments: # 1 Financial Statement)(dab, ) (Entered: 09/07/2005) |
| 09/06/2005 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against First Correctional Medical, Sitta Gombeh Ali - filed by Norwood Wyatt. (Attachments: # 1 Exhibit to Complaint)(dab, ) (Entered: 09/07/2005) |
| 09/14/2005 |  | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 09/14/2005) |
| 09/16/2005 | 3 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. An initial partial filing fee of $10.77 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 10/17/2005.. Signed by Judge Kent A. Jordan on 9/16/05. (rwc, ) (Entered: 09/19/2005) |
| 09/26/2005 | 4 | Authorization by Norwood Wyatt requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (rwc, ) Additional attachment(s) added on 9/27/2005 (rwc, ). (Entered: 09/27/2005) |
| 01/20/2006 |  | Partial Filing Fee Received from Norwood Wyatt: $ 8.68, receipt number 142010 (copy to business office) (rbe, ) (Entered: 01/23/2006) |
| 02/17/2006 |  | Partial Filing Fee Received from Norwood Wyatt: $ 15.25, receipt number 142419 (copy to business office) (rbe, ) (Entered: 02/21/2006) |
| 03/17/2006 | 5 | ORDER, plaintiff shall return to Clerk original USM 285 form(s) for each defendant and DE AG. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.). Signed by Judge Kent A. Jordan on 3/17/06. (rwc, ) (Entered: 03/17/2006) |
| 04/13/2006 | 6 | MOTION to Appoint Counsel - filed by Norwood Wyatt. (ntl, ) (Entered: 04/13/2006) |
| 05/09/2006 | 7 | ORDER - denying w/out prejudice 6 Motion to Appoint Counsel . Signed by Judge Kent A. Jordan on 5cv655. (rwc, ) (Entered: 05/09/2006) |
| 05/16/2006 | 8 | ACKNOWLEDGEMENT OF RECEIPT of USM 285 forms by Clerk. (rwc, ) (Entered: 05/16/2006) |
| 05/16/2006 |  | Remark : Exit Service to U.S. Marshal per Order DI# 5. (rwc, ) (Entered: 05/16/2006) |
| 05/18/2006 | 9 | Return of Service Executed as to DE Attorney General. (rwc, ) (Entered: 05/18/2006) |
| 05/18/2006 |  | Partial Filing Fee Received from Norwood Wyatt: $ 8.56, receipt number 143508 (copy to business office) (rbe, ) (Entered: 05/18/2006) |
| 05/31/2006 | 10 | WAIVER OF SERVICE with 285 form returned executed For First Correctional Medical waiver sent on 5/18/2006, answer due 7/17/2006. (rwc, ) (Entered: 05/31/2006) |
| 06/01/2006 | 11 | USM 285 Returned Unexecuted as to Sitta Gombeh Ali. (rwc, ) (Entered: 06/01/2006) |
| 06/16/2006 |  | Partial Filing Fee Received from Norwood Wyatt: $ 0.05, receipt number 143841 (copy to business office) (rpg, ) (Entered: 06/16/2006) |

| | | |
|---|---|---|
| 10/02/2006 | 28 | Letter to Clerk from Norwood Wyatt dated 9/18/06 regarding enclosed USM forms 285 with request that the U.S. Marshal contact opposing counsel for address for service regarding defendant Sitta Gombeh Ali. (rwc, ) (Entered: 10/03/2006) |
| 10/02/2006 | | Partial Filing Fee Received from Norwood Wyatt: $ 8.56, receipt number 145168 (copy to business office) (rpg, ) (Entered: 10/26/2006) |
| 10/13/2006 | 29 | ORDER - that First Correctional Medical, Inc. shall provide to the court the last known address for Dr. Sitta Gombeh Ali by 11/3/2006.. Signed by Judge Kent A. Jordan on 10/13/06. (rwc, ) (Entered: 10/13/2006) |
| 10/13/2006 | 30 | Postal Receipt(s) for the mailing of Order (DI# 29) to First Correctional Medical (rwc, ) (Entered: 10/13/2006) |
| 10/17/2006 | 31 | ACKNOWLEDGEMENT OF SERVICE by Cert. Mail as to 29 Order. (rwc, ) (Entered: 10/17/2006) |
| 11/03/2006 | 32 | MOTION to Seal *Address of Dr. Alie* - filed by First Correctional Medical. (Monzo, Dana) (Entered: 11/03/2006) |
| 11/03/2006 | 34 | SEALED EXHIBIT TO 32 MOTION TO SEAL - filed by First Correctional Medical. (rwc) (Entered: 11/14/2006) |
| 11/07/2006 | | Partial Filing Fee Received from Norwood Wyatt: $ 38.56, receipt number 145335 (copy to business office) (rpg) (Entered: 11/08/2006) |
| 11/09/2006 | 33 | SUPPLEMENTAL SERVICE ORDER - granting re 32 MOTION to Seal Address of Dr. Alie filed by First Correctional Medical - Plaintiff shall return to Clerk original USM 285 form(s) to be completed as directed by this Order. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf. with USM 285 form). Signed by Judge Kent A. Jordan on 11/9/06. (rwc) (Entered: 11/09/2006) |
| 11/14/2006 | | USM 285 form received for the following defendant: Dr. Sitta Gombeh Ali (ead) (Entered: 11/14/2006) |
| 11/15/2006 | | Remark : Exit service copies to U.S. Marshal per Order [DI# 33]. (rwc) (Entered: 11/15/2006) |
| 12/14/2006 | | Partial Filing Fee Received from Norwood Wyatt: $ 9.07, receipt number 145695 (copy to business office) (rpg) (Entered: 12/14/2006) |
| 12/18/2006 | 35 | [1:05-cv-655-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (ntl) (Entered: 12/18/2006) |
| 12/18/2006 | 36 | USM 285 Returned Executed Sitta Gombeh Ali served on 12/15/2006, answer due 1/4/2007 - (SEALED). (rwc) (Entered: 12/18/2006) |
| 12/19/2006 | 37 | STATUS REPORT ORDER The status conference previously scheduled with Judge Jordan for 1/3/2007 at 4:30 PM shall proceed as scheduled with Judge Thynge. The Joint Status Report due by 12/27/2006. Signed by Judge Mary Pat Thynge on 12/19/2006. (cak) (Entered: 12/19/2006) |
| 12/21/2006 | 38 | STATUS REPORT by First Correctional Medical. (Monzo, Dana) (Entered: 12/21/2006) |
| 12/22/2006 | 39 | STATUS REPORT - filed by Norwood Wyatt. (rwc) (Entered: 12/27/2006) |
| 12/22/2006 | 40 | SEALED EXHIBIT - (medical records) - in support of 39 Status Report filed by Norwood Wyatt. (rwc) (Entered: 12/27/2006) |
| 01/03/2007 | | Minute Entry for proceedings held before Judge Mary Pat Thynge : Telephone Status Conference held on 1/3/2007. (Court Reporter B. Gaffigan.) (ntl) (Entered: 01/04/2007) |
| 01/04/2007 | 41 | Order Setting Teleconference: Telephone Conference set for 1/16/2007 04:30 PM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 1/4/2007. (cak) (Entered: 01/04/2007) |
| 01/04/2007 | 42 | Letter to Kenneth W. Richmond from Judge Thynge regarding representation of plaintiff dated 1/4/2007 and notifying counsel of teleconference scheduled for 1/16/2007 at 4:30 p.m. (cak) (Entered: 01/04/2007) |
| 01/04/2007 | 43 | ORDER re 17 First Correctional Medical's MOTION to Strike is granted. Signed by Judge Mary Pat |

|  |  |  |
|---|---|---|
|  |  | Thynge on 1/4/2007. (cak) (Entered: 01/04/2007) |
| 01/09/2007 | 44 | STENO NOTES of teleconference held on 1/3/07 before Judge Thynge. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (ntl) (Entered: 01/09/2007) |
| 01/16/2007 | 45 | STENO NOTES for 1/16/07 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc) (Entered: 01/17/2007) |
| 01/16/2007 | 46 | Letter to Clerk from Norwood Wyatt dated 1/12/07 regarding request for docket sheet - (sent 1/17/07). (rwc) (Entered: 01/17/2007) |
| 01/16/2007 |  | Minute Entry for proceedings held before Judge Mary Pat Thynge : Status Teleconference held on 1/16/2007. (Court Reporter B. Gaffigan.) (rwc) (Entered: 01/19/2007) |
| 01/17/2007 | 47 | Order Setting Teleconference: Telephone Conference set for 1/19/2007 at 3:30 PM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 1/17/2007. (cak) (Entered: 01/17/2007) |
| 01/17/2007 | 48 | Letter to Clerk from Norwood Wyatt dated 12/29/06 regarding sealed medical records submitted as Discovery Exhibits 17-33.. (rwc) (Entered: 01/17/2007) |
| 01/17/2007 | 49 | RESPONSE to Discovery Request: (Medical Records) - filed by Norwood Wyatt - (SEALED).(rwc) (Entered: 01/17/2007) |
| 01/19/2007 |  | Minute Entry for proceedings held before Judge Mary Pat Thynge : Telephone Conference held on 1/19/2007. (Court Reporter B. Gaffigan.) (rwc) (Entered: 01/22/2007) |
| 01/19/2007 | 50 | STENO NOTES for 1/19/07 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc) (Entered: 01/22/2007) |
| 01/23/2007 |  | Partial Filing Fee Received from Norwood Wyatt: $ 8.17, receipt number 146184 (copy to business office) (rpg) (Entered: 01/24/2007) |
| 01/26/2007 | 51 | REPLY BRIEF *of Defendant FCM to Amicus Brief filed by Kenneth W. Richmond, Esquire* filed by First Correctional Medical. (Attachments: # 1 Exhibit Exhibit 1 to FCM's Response# 2 Exhibit Exhibit 2 to FCM's Response)(Monzo, Dana) (Entered: 01/26/2007) |
| 01/26/2007 | 52 | Letter to Judge Thynge from Daniel McKenty regarding FCM's Response to Amicus Brief filed by Kenneth W. Richmond. (Monzo, Dana) (Entered: 01/26/2007) |
| 01/30/2007 | 53 | MEMORANDUM in Support - re 16 MOTION to Appoint Counsel filed by Norwood Wyatt. (rwc) (Entered: 02/02/2007) |
| 02/05/2007 | 54 | REQUEST for Production of Documents - filed by Norwood Wyatt.(rwc) (Entered: 02/06/2007) |
| 02/20/2007 | 55 | MOTION to Amend 2 Complaint - filed by Norwood Wyatt. Motions referred to Mary Pat Thynge. (rwc) (Entered: 02/22/2007) |
| 02/26/2007 | 57 | INTERROGATORIES Propounded to Dr. Sitta Gombeh Ali by Norwood Wyatt.(rwc) (Entered: 02/28/2007) |
| 02/27/2007 | 56 | Letter to Judge Thynge from Dana Spring Monzo regarding Request for Extension of Discovery Deadline. (Monzo, Dana) (Entered: 02/27/2007) |
| 02/28/2007 | 58 | NOTICE OF SERVICE of First Set of Interrogatories Directed to Plaintiff by First Correctional Medical.(Monzo, Dana) (Entered: 02/28/2007) |
| 02/28/2007 | 59 | NOTICE OF SERVICE of Request for Production Directed to Plaintiff by First Correctional Medical. (Monzo, Dana) (Entered: 02/28/2007) |
| 02/28/2007 | 60 | NOTICE to Take Deposition of Norwood Wyatt on June 5, 2007 by First Correctional Medical.(Monzo, Dana) (Entered: 02/28/2007) |
| 03/07/2007 | 61 | ORDER, Clerk of Court to attempt to refer representation of plaintiff to member of Federal Civil Panel. Standing Order re Federal Civil Panel is incorporated by reference. Signed by Judge Mary Pat Thynge on 3/7/2007. (rbe) (Entered: 03/08/2007) |
| 03/07/2007 | 62 | ORDER, Court recognizes the agreement of representation by Ben T. Castle for Norwood Wyatt. Representation effective until final determination of case, unless otherwise ordered. Signed by Judge Mary Pat Thynge on 3/7/07. (rbe) (Entered: 03/08/2007) |